Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

No. 68640.—Alexander Apfelbaum Co., Inc., et al. v. United States, protests 60/12989, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 15, 1964

No. 68641.—F. & J. M. Carrera, Inc. v. United States, protest 59/14983 (San Juan).

Opinion by DONLON, J. In accordance with stipulation of counsel that the applicable customs regulations have now been complied with and following Abstract 57104, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 16, 1964

No. 68642.—Raymor Mfg. Division, Inc. v. United States, protest 62/17407 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of wall-hung furniture similar in all material respects to that the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.